UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

Dexter Saffold

**Plaintiff**

Vs.

President Don Manning

At All

**Defendant**

14CV7468
JUDGE WOOD
MAG. JUDGE MARTIN

RECEIVED

SEP 2 5 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JURISDICTION**

Jurisdiction is proper and based upon U.S.C. € €1331 and 1343.

Venue is proper pursuant to 28 U.S.C. € 1391 (b) because the unlawful discrimination and retaliation alleged in this Amended Complaint occurred in Cook County, within this judicial district.

**Now comes the complaint....**

On September 8, 2014 I registered at South Suburban College. I submitted medical documents to the disability office to Gail Barnes for proper accommodations. After she read through them she denied me of service. She stated that she would be able to comply because the college doesn't have any accommodations for working with anyone blind or visually impaired.

1

On September 15th 16th and 17th I attended classes anyways. A note taker only showed up to assist me on the 16th and she was late she arrived at 10:30 am and classes started at 9am. On the 17th I was dropped from the program due to my disability.

The plaintiff's complaint has been amended to properly allege claims of discrimination and retaliation in violation of Title II of the ADA, 42 U.S.C € 1001 et, seq., and section 504 of the Rehabilitation Act of 1973 ("the rehabilitation Act"), 29 U.S.C. € 794, et. Seq., and to join additional Defendants relevant to this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendants and provide the following relief:

a) Injunctive relief:

b) Compensatory damages, including any and all emotional damages and pecuniary losses stemming from Defendants' intentional discrimination and retaliation; I am asking the judge to enter a plea for the sum of $65,000.

c) Any and all other relief that this Court deems appropriate and just.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues of fact and damages triable in this action.

Respectfully submitted,

DEXTER SAFFOLD

*Dexter Saffold*

2

**The Chicago Lighthouse**
for People Who Are Blind
or Visually Impaired

Dexter Shaffold
1351 East 62nd Street, Suite 105
Chicago, Illinois 60637

OPTOMETRIC FUNCTIONAL VISION EVALUATION FOR
DEXTER SHAFFOLD

Dexter Shaffold was evaluated at The Chicago Lighthouse Low Vision Rehabilitation Service on February 25, 2014 He is a gentleman with a history of advanced open angle glaucoma. His goals for his evaluation during today's visit were to improve his vision for reading.

This gentleman is legally blind due to advanced glaucoma. This equates to him being legally blind and needing magnification in order to see print. Because of his constricted visual field he has difficulty reading several words at a time so he has to take his time while reading. Additional time on tests would be beneficial or having somebody read questions to him during any test taking activities would be best.

He has poor contrast detection which makes the quality of his vision washed out or faded. He does best with electronic magnification which he stated he currently has access to. He has been prescribed two magnifiers which allow him to see .4M print. These devices will be helpful for him for reading; however, he would not be as fluent as having sight substitution strategies such as auditory where somebody reads to him to keep up with his class work.

He has been educated thoroughly to continue care with his ophthalmologist as previously directed.

If you have any questions regarding this report, please do not hesitate to contact the clinic.

Sincerely,

Karen Squier, O.D., F.A.A.O.
Low Vision Optometrist

KS/lw

1850 West Roosevelt Road • Chicago, Illinois 60608-1288 • Tel 312-666-1331 • Fax 312-243-8539
TDD 312-666-8874 • www.chicagolighthouse.org • Please remember The Chicago Lighthouse in your will.



THE UNIVERSITY OF
CHICAGO
MEDICINE

AT THE FOREFRONT OF MEDICINE

Department of Surgery

SECTION OF OPHTHALMOLOGY AND
VISUAL SCIENCE

March 13, 2013

To Whom It May Concern:

Re: Dexter Saffold; DOB 3/26/61

    Mr. Saffold has been seen in my clinic over the last couple of years for elevated intraocular pressures and poor visual acuity. He has poor vision in both eyes; testing at Counting Fingers in both eyes. He is unable to read vision charts during our clinic testing. Please provide him with whatever assistance that you can in order to help him with his studies. If there are any further questions or you need further information please contact my clinic at 773.702.3937.

Sincerely,

Anupama Anchala, MD

uchospitals.edu     5758 S. Maryland Avenue | MC 9005 | Suite 1B | Chicago, IL 60637-1470 **tel** | 773-702-3937 **fax** | 773-702-0830