

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JAN 2 8 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dexter Saffold

**Plaintiff**

Vs.

South Suburban College

At All

**Defendant**

Case 14cv-07468

Judge John Robert Blakey

Mag. JUDGE MARTIN

### FIRST AMENDED COMPLAINT

Plaintiff Dexter Saffold, On September 8, 2014 I registered at South Suburban College. I submitted medical documents to the disability office to Gail Bonds for proper accommodation. She reviewed all submitted documentation and denied me services. She then went on to say that she wouldn't be able to comply because the college does not have any accommodations for working with anyone who's blind or visually impaired.

On September 15th, 16th and 17th I attended classes anyways. A note taker only showed up to assist me on the 16th and she was late she arrived at 10:30 am and classes started at 9am. On the 17th I was dropped from the program due to my disability. Section 504 of the rehabilitation ACT 1973 (The Rehabilitation ACT).29U.S.C. 794.

## JURISDICTION

1. Jurisdiction is proper and based upon U.S.C. € €1331 and 1343.

2. Venue is proper pursuant to 28 U.S.C. € 1391 (b) because the unlawful discrimination and retaliation alleged in this Amended Complaint occurred in Cook County, within this judicial district.

3. South Suburban College is a system of seven community colleges. It is a public entity pursuant to 42 U.S.C.12131 (1)(B) which receives federal financial assistance for its programs. 29U.S.C.794(b)(2). Title2 of the A.D.A 42U.S.C. 12203(b)

4. Discrimination at South Suburban College is in violation of A.D.A

5. Defendants intentionally discriminated against the Plaintiff on the basis of his disability and denied him of reasonable accommodation. In violation of the Rehabilitation A.C.T.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendants and provide the following relief:

a) Injunctive relief:

b) Compensatory damages, including any and all emotional damages and pecuniary losses stemming from Defendants' intentional discrimination and retaliation; I am asking the judge to enter a plea for the sum of $65,000.

    c) Any and all other relief that this Court deems appropriate and just.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues of fact and damages triable in this action.

Respectfully submitted,

DEXTER SAFFOLD

*Dexter Saffold*

3

Preview for letter on 10/8/2014 by Lili Farrokh-Siar, M.D. (last edited on 10/8/2014 by Shripaad Y. Shukla, M.D.)



Section of Ophthalmology

5841 S. Maryland Av., MC 1035
Chicago, Illinois 60637-1470
Phone: 773-702-1865

10/08/2014

## Vision Evaluation for Dexter Shaffold

To Whom It May Concern:

This is to advise that Dexter Saffold was evaluated in clinic on 10/8/2014. He is has advanced open angle glaucoma.

He is legally blind due to advance glaucoma. He needs magnification to see print. Because of his constricted visual field, he has difficulty reading several words at a time so he has to take his time while reading. Additional time on tests would be beneficial or having somebody read questions to him during testing.

He has poor contrast detection, which makes the quality of his vision washed out or faded. He uses an electronic magnifier, which helps. He would benefit from sight substitution strategies, such as auditory, where someone reads to him to keep up with the classwork.

He has been educated that he needs regular follow-up for his glaucoma.

If you have any questions or if we can be of further assistance, please do not hesitate to contact us.

Sincerely,


Shripaad Y. Shukla, M.D. (electronically signed on 10/8/2014 at 12:02 PM)