IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEXTER SAFFOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  14cv07468 |
| v. ) | |
| ) | Judge John Robert Blakey |
| SOUTH SUBURBAN COLLEGE, ) | |
| ) | Magistrate Judge Martin |
| Defendant. ) | |

### AGREED MOTION BY PLAINTIFF FOR LEAVE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE 56.1 STATEMENT OF MATERIAL FACTS AND PLAINTIFF'S RESPONSE AND SUPPORTING MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, TOGETHER WITH ALL SUPPORTING EXHIBITS, *INSTANTER*

NOW COMES the Plaintiff, DEXTER SAFFOLD, by and through his recruited counsel, BRYAN HOFELD, and in support of his Agreed Motion for Leave to File his Response to Defendant's Rule 56.1 Statement of Material Facts and Response and Supporting Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, together with all supporting exhibits, *instanter*, states as follows:

1. On April 13, 2016, this Honorable Court entered an order providing that Plaintiff file his Response to Defendant's Motion for Summary Judgment on or before May 26, 2016 and for Defendant to file its reply on or before June 16, 2016. (A true and correct copy of the Notification of Docket Entry filed April 13, 2015 is attached hereto as **Exhibit 1**)

2. Due to Plaintiff's counsel having been on trial in the Circuit Court of Cook County for an extended period of time and until just recently, and due to several meetings, including one at which plaintiff's counsel was required to speak, and a settlement conference on Tuesday, May

1

31, 2016 that took longer than expected, Plaintiff's counsel respectfully requested an extension to June 1, 2016 to file his Response.

3. Counsel for defendant has no objection to the request, so long as defendant would have 21 days thereafter to reply, or until June 22, 2016.

4. A copy of Plaintiff's Response to Defendant's Rule 56.1 Statement of Material Facts and Response, together with all supporting exhibits, is attached hereto as **Exhibit 2**.

5. A copy of Plaintiff's Supporting Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, together with all supporting exhibits, is attached hereto as **Exhibit 3**.

WHEREFORE, the Plaintiff, DEXTER SAFFOLD, by and through his recruited counsel, BRYAN HOFELD, respectfully requests this Honorable Court grant Plaintiff's Motion for Leave to File Response to Defendant's Motion for Summary Judgment, *instanter*.

This 1st day of June, 2016.

            *By*:   /s/ Bryan Hofeld
               Bryan Hofeld
               bhofeld@hofeldandschaffner.com
               Counsel for the Plaintiff
               Hofeld and Schaffner

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

            *By*:   /s/ Bryan Hofeld
               Bryan Hofeld
               bhofeld@hofeldandschaffner.com
               Counsel for the Plaintiff
               Hofeld and Schaffner

30 N. LaSalle Street, Suite 3120
Chicago, IL 60602
(312) 372-4250