Case: 1:14-cv-07468 Document #: 42 Filed: 04/13/16 Page 1 of 1 PageID #:132

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Dexter Saffold

            Plaintiff,

v.                                        Case No.: 1:14−cv−07468
                                        Honorable John Robert Blakey

South Suburban College, et al.

            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 13, 2016:

    MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 4/13/2016. Plaintiff's response to Defendant's motion for summary judgment shall be filed on or before 5/26/2016; reply shall be filed on or before 6/16/2016. Status hearing set for 6/30/2016 at 9:45 a.m. in Courtroom 1725. Mailed notice(gel, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



PLAINTIFF'S EXHIBIT
1